IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cr3001 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCO ALLEN CONEY, COURTNEY ALLEN CONEY, ROBERT ALLEN CONEY, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 65 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 65 from the record. The document has been re-filed as document #66.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge