IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARCO CONEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's Unopposed Motion to Continue the Deadline for Filing Objections to Magistrate Piester's Report and Recommendation (filing 75) from May 23, 2005, until May 24, 2005. The court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS ORDERED:

1. Defendant's Unopposed Motion to Continue the Deadline for Filing Objections to Magistrate Piester's Report and Recommendation (filing 75) from May 23, 2005, until May 24, 2005, is granted.

2. The defendant shall file the objections and supporting brief in the above-captioned matter no later than Tuesday, May 24, 2005.

3. This court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by continuing the deadline for filing objections to Magistrate Judge Piester's Report and Recommendation. Further, taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from May 23, 2005, until May 24, 2005, shall be excluded from any speedy-trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED this 24th day of May, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge