IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3001-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MARCO ALLEN CONEY, | ) | |
| | ) | |
| Defendant. | ) | |

I have been advised by Mr. Vanderslice, Marco Coney's lawyer, that the plea in this case may be a conditional plea and therefore his motion to suppress is not moot. Therefore, and after de novo consideration,

IT IS ORDERED that Magistrate Judge Piester's report and recommendation (filing 66) is adopted, the defendant's motion to suppress (filing 44) is denied, and the objections to the report and recommendation (filing 77) submitted by the defendant are rejected.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge