```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> MARCO ALLEN CONEY, ) <br> ) <br> Defendant. ) <br> ) | 4:05CR3001 <br><br> ORDER |

On the court's own motion,

IT IS ORDERED:

The time for the plea hearing as to the above defendant is moved from 2:30 p.m. to 3:30 p.m. on June 17, 2005.

DATED this 10th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge