IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 15 PM 3: 45

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CR3001 |
| | ) | |
| MARCO CONEY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file Defendant Coney's Unopposed Motion to Continue Plea Hearing under seal.

DATED this 15 day of June, 2005.

BY THE COURT:

*[signature]*

The Honorable David L. Piester
United States Magistrate Judge