```
                                             FILED
                                        U.S. DISTRICT COURT
      IN THE UNITED STATES DISTRICT COURT   DISTRICT OF NEBRASKA
         FOR THE DISTRICT OF NEBRASKA
                                        2005 JUN 15 PM 3:45
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | OFFICE OF THE CLERK |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:05CR3001 |
|  | ) |  |
| MARCO CONEY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing _____, from June 17, 2005, for approximately 45 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued until 2nd day of August 2005. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing defendant's plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from June 17, 2005, until the next court date shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 15 day of June, 2005.

BY THE COURT:

*/s/ David L. Peister*
The Honorable David L. Peister
United States Magistrate Judge