IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                   Plaintiff,      )
                                   )              4:05CR3001
              v.                   )
                                   )
MARCO ALLEN CONEY,                 )
                                   )                 ORDER
                   Defendant.      )
                                   )

        IT IS ORDERED:

        The court's order dated June 15, 2005 (filing 89) is amended
to add that the plea hearing on August 2, 2005 will be held at
10:30 a.m.

        DATED this 16th day of June, 2005.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge